1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Perez-Meixuero
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,       )   Case No. 08mj5080
                                   )
12        Plaintiff,                )
                                   )
13 v.                              )
                                   )   **NOTICE OF APPEARANCE**
14 **OSCAR PEREZ-MEIXUERO,**        )
                                   )
15        Defendant.                )
                                   )
16
17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.
20                                      Respectfully submitted,
21 Dated: February 28, 2008            _s/ Bridget Kennedy_
                                        Federal Defenders of San Diego, Inc.
22                                      _bridget_kennedy@fd.org_